section 3 of the Code, and the clerk was the proper officer to tax the costs under the decision of the General Term. (See Code, §§ 178, 471; *Dresser* v. *Van Pelt*, 6 Duer,. 687; *Seeley* v. *Black*, 35 How., 369; *Pitt* v. *Davison*, 37 N. Y., 235; *Holstein* v. *Rice*, 15 Abb., 307.)

It follows that the order appealed from must be affirmed, with costs and disbursements."

*Albert Day*, appellant, in person. *John H. Bergen*, respondent, in person.

Opinion by PRATT, J.

Present — BARNARD, P. J., PRATT and DYKMAN, JJ.

Order affirmed, with costs and disbursements.

9h 203
64ad405

WILLIAM REYNOLDS, RESPONDENT, *v.* JOHN GILCHREST, IMPLEADED WITH JAMES H. TRUESDALL, APPELLANT.

*Supplementary proceedings — failure of defendant to appear — contempt — amount of fine — what proper.*

MOTION for a reargument on an appeal from an order of the county judge of Westchester county, adjudging John Gilchrest guilty of contempt for not obeying an order made in supplementary proceedings, and imposing a fine of the amount due on the judgment in the order and the costs and expenses of proceeding, and directing that he stand committed till the same should be paid.

The court at General Term say: "This motion is made under a misapprehension of the decision made by this court. The appeal was from an order imposing a fine for a contempt. This fine was the entire amount of the judgment. There was no proof authorizing the county judge to impose so large a fine. The proceedings were supplementary to an execution. The judgment debtor made an unexcused default. The order should have been that such moderate fine be imposed as would pay the prosecuting attorney for his costs and expenses, and that the debtor should appear before the county judge for examination. No loss was shown by reason

of the default.   If we could have found from the papers the fitting costs and expenses we would have modified the order accordingly, but in the absence of such proof we reversed the order so that new proceedings might be taken if the owner of the judgment saw fit to institute them."

*Wm. F. Purdy*, for the appellant.   *J. S. Millard*, for the respondent.

Opinion by BARNARD, P. J.; PRATT, J., concurred.

Present — BARNARD, P. J., PRATT and DYKMAN, JJ.

Motion denied.